IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAFAEL SEGOVIA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 3:21-cv-02478-L |
| | § | |
| ADMIRAL REALTY, INC. | § | |
| | § | |
| Defendants | § | |

**MOTION TO DISMISS AMENDED COMPLAINT**

On December 28, 2021 the Plaintiff filed an Amended Complaint [Dkt. 13], thus mooting Admiral Realty's Motion to Dismiss [Dkt. 9]. Admiral Realty now moves for dismissal of the Plaintiff's Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) for the reasons set forth in the Brief filed in support of this Motion.

Signed on January 11, 2022.

_____
Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com

HUNT HUEY PLLC
3333 Lee Parkway, Suite 600
Dallas, Texas  75219
Telephone:  (214) 641-9182
Facsimile:  (214) 279-6124

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was served on all counsel of record through the Court's ECF system as required by Rule 5 of the Federal Rules of Civil Procedure on January 11, 2022.

                                                                     _____
                                                                              Richard M. Hunt