An official website of the United States government Here's how you know    Log in to PACER Systems



Party Search Results

**Search Criteria:** Party Search; Last Name: [Segovia]; First Name: [Rafael]; Party Role: [PLA]; Exact Matches Only
**Result Count:** 7 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
| --- | --- | --- |
| Segovia, Rafael (pla) | 3:2020cv02983 | Segovia v. Family Dollar Stores of Texas Inc |
| Segovia, Rafael (pla) | 3:2021cv02196 | Segovia v. Red Barn Holdings LP |
| Segovia, Rafael (pla) | 3:2021cv02197 | Segovia v. Freewood Josey Ltd |
| Segovia, Rafael (pla) | 3:2021cv02478 | Segovia v. Admiral Realty Inc |
| Segovia, Rafael (pla) | 3:2021cv02565 | Segovia v. Kang et al |
| Segovia, Rafael (pla) | 3:2021cv02619 | Segovia v. RTS Inc |
| Segovia, Rafael (pla) | 3:2021cv02620 | Segovia v. Zaki |

| **PACER Service Center** | 12/07/2021 14:03:15 |
| --- | --- |
| **User** | richardmhunt |
| **Client Code** | Admiral |
| **Description** | All Court Types Party Search |
| | All Courts; Name Segovia, Rafael Exact Matches Only; Role pla; All Courts; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ    Privacy & Security    Contact Us    Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov